JONES *v.* JONES.

MARRIAGE—ANNULMENT—EVIDENCE.
> Finding of trial court that plaintiff and defendant had entered
> a valid common-law marriage, and dismissal of action for
> annulment, *held,* correct where the record shows ample evi-
> dence to support the trial court's conclusion that there was
> an agreement to enter a common-law marriage.

Appeal from Oakland, Adams (Clark J.), J. Sub-
mitted Division 2 April 2, 1968, at Lansing. (Docket
No. 2,814.) Decided June 27, 1968.

Complaint by John Jones against Alberta Jones
for annulment of common-law marriage. Judgment
for defendant. Plaintiff appeals. Affirmed.

*Lynn V. Hooe, Jr.,* for plaintiff.

*Wilfred C. Rice* and *O. Lee Molette,* for defendant.

T. G. KAVANAGH, J. Plaintiff brought action for
annulment maintaining that the common-law mar-
riage asserted by defendant was defective. After
a trial the court held that there had been a valid
common-law marriage and denied plaintiff relief.

The appeal claims there was no evidence to sup-
port the trial court's finding that there was agree-

---

REFERENCE FOR POINTS IN HEADNOTE
4 Am Jur 2d, Annulment of Marriage § 43.

ment to enter a common-law marriage. We have examined the record and find ample evidence to support the trial court's conclusion.

Affirmed, with costs to appellee.

LESINSKI, C. J., and FOLEY, J., concurred.